# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ADVANCE COMPONENTS INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  4:17-CV-00751-ALM-KPJ |
| | § | |
| AMERICAN FIRE AND CASUALTY | § | |
| COMPANY, LIBERTY MUTUAL | § | |
| INSURANCE COMPANY and | § | |
| STEPHEN E. STEWART, JR., | § | |
| | | |
| *Defendants.* | | |

## NOTICE OF SETTLEMENT

The Parties herby provide written notice to the Court that the Parties have agreed to settle all matters in dispute with regard to this cause of action.  The Parties are in the process of preparing and executing appropriate release and dismissal documents.  It is anticipated that this process will take no longer than thirty (30) days.  The Parties will submit a joint motion to dismiss this case as soon as the settlement and release documents are fully negotiated and executed.

Respectfully submitted,

/s/ *Andrew A. Woellner*
State Bar No. 24060850
awoellner@potts-law.com
**THE POTTS LAW FIRM, LLP**
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Telephone: (713) 963-8881
Facsimile: (713) 583-5388

**COUNSEL FOR PLAINTIFFS**

AND

/s/ *Michael Diksa\**
MARK D. TILLMAN
State Bar No. 00794742
MICHAEL DIKSA
State Bar No. 24012531
**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Boulevard, Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
mark.tillman@tb-llp.com
mike.diksa@tb-llp.com

\**signed with permission*

**ATTORNEYS FOR DEFENDANTS AMERICAN FIRE AND CASUALTY COMPANY, LIBERTY MUTUAL INSURANCE COMPANY AND STEPHEN E. STEWART, JR.**

## CERTIFICATE OF SERVICE

      This is to certify that on the 24th day of August 2018 a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure.

MARK D. TILLMAN
State Bar No. 00794742
MICHAEL DIKSA
State Bar No. 24012531
**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Boulevard, Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
mark.tillman@tb-llp.com
mike.diksa@tb-llp.com

                                              /s/ *Andrew A. Woellner*
                                              Andrew A. Woellner