IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ADVANCE COMPONENTS INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 4:17-cv-00751 |
| AMERICAN FIRE AND CASUALTY COMPANY, LIBERTY MUTUAL INSURANCE COMPANY and STEPHEN E. STEWART, JR. | § § § § § § | |
| Defendants. | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Advance Components Inc. and Defendants American Fire and Casualty Company, Liberty Mutual Insurance Company, and Stephen E. Stewart, Jr., (collectively "the Parties") file this Joint Motion to Dismiss with prejudice, and in support thereof would respectfully show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted in this matter be dismissed with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Advance Components Inc. and Defendants American Fire and Casualty Company, Liberty Mutual Insurance Company, and Stephen E. Stewart, Jr., request that the above-styled and numbered case be dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring same.

Respectfully Submitted,

*/s/ Andrew A. Woellner (with permission)*
Andrew A. Woellner
SBN: 24060850
**THE POTTS LAW FIRM, LLP**
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Telephone (713) 963-8881
Facsimile (713) 583-5388
Email: awoellner@potts-law.com

**ATTORNEYS FOR PLAINTIFF
ADVANCE COMPONENTS INC.**


*/s/ Michael Diksa*
MARK D. TILLMAN
State Bar No. 00794742
MICHAEL DIKSA
State Bar No. 24012531
**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Boulevard, Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
mark.tillman@tb-llp.com
mike.diksa@tb-llp.com

**ATTORNEYS FOR DEFENDANTS
AMERICAN FIRE AND CASUALTY
COMPANY, LIBERTY MUTUAL
INSURANCE COMPANY AND
STEPHEN E. STEWART, JR.**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2018, a true and correct copy of this document was filed via the Court's ECF system pursuant to Local Rule CV 5. The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system. Any other counsel of record will be served pursuant to FRCP 5(b) on this same date:

**ATTORNEYS FOR PLAINTIFF**
Andrew A. Woellner
**THE POTTS LAW FIRM, LLP**
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Telephone (713) 963-8881
Facsimile (713) 583-5388
Email: awoellner@potts-law.com

*/s/ Michael Diksa*
MICHAEL DIKSA